# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MILES, | CASE NO. 1:08-cv-00534-AWI-GSA PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM |
| v. | |
| R. LESLIE, et al., | (Docs. 1 and 9) |
| Defendants. | |

Plaintiff Gregory Miles ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 18, 2008. On May 22, 2008, Plaintiff filed an amended complaint as a matter of right. Fed. R. Civ. P. 15(a). On October 2, 2008, the Magistrate Judge dismissed Plaintiff's amended complaint for failure to state a claim upon which relief may be granted and ordered Plaintiff to file a second amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983.

IT IS SO ORDERED.

**Dated:   December 16, 2008**          /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE

1